JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HONG ANH DU,                              )  Case No. ED CV 15-0619 JCG
             Plaintiff,           )  **JUDGMENT**
                      )
           v.                   )
CAROLYN W. COLVIN,                        )
COMMISSIONER OF SOCIAL                    )
SECURITY,                                 )
            Defendant.           )
_____  )

     IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: December 11, 2015

_____
                  Hon. Jay C. Gandhi
             United States Magistrate Judge